UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELTON L. SPANN | CIVIL ACTION |
| VERSUS | NO. 16-4126 |
| SHERIFF RODNEY STRAIN ET AL. | SECTION "E" (2) |

# **O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is DISMISSED WITH PREJUDICE, either as legally frivolous or for failure to state a claim under 28 U.S.C. § 1915A(b)(1) and 42 U.S.C. § 1997e(c)(1), or under Heck v. Humphrey, 512 U.S. 477 (1994), until such time as the Heck requirements are met.

New Orleans, Louisiana, this 3rd day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE